## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | | |
|---|---|---|
| EDWIN R. RUTHERFORD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:07-1259 |
| | ) | Judge Trauger |
| YAMAHA MOTOR CORPORATION, U.S.A., | ) | |
| YAMAHA MOTOR MANUFACTURING | ) | |
| CORPORATION OF AMERICA, | ) | |
| LEE H. CARTER BUILDING SERVICE, INC., | ) | |
| d/b/a Carter Equipment Company, POLARIS | ) | |
| OF HOPKINSVILLE, LLC, d/b/a JPM | ) | |
| Performance Powersports, and | ) | |
| YAMAHA CORPORATION OF AMERICA, | ) | |
| | ) | |
| Defendants. | ) | |

### O R D E R

It is hereby **ORDERED** that defendant Polaris of Hopkinsville, LLC shall, as soon as reasonably possible, file a notice listing each member of the LLC and the state of citizenship of each member of the LLC.  The court needs this information in order to determine if it has proper diversity jurisdiction over this case.

It is so **ORDERED**.

ENTER this 10th day of April 2008.

_____
ALETA A. TRAUGER
U.S. District Judge